**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California  93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendants**
Reyad F. Misleh, Amina R. Misleh,
Nazeeh F. Mislih and Saud A. Mislih, all
dba Red Top Market; Ravinder K. Bassi
dba Red Top Truck Stop

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOSE ESCOBEDO, | ) CASE NO. 1:15-cv-01174-BAM |
| Plaintiff, | ) SECOND STIPULATION FOR EXTENSION ) OF TIME AND ORDER FOR REYAD F. |
| vs. | ) MISLEH, individually and dba RED TOP ) MARKET; AMINA R. MISLEH; NAZEEH F. |
| REYAD F. MISLEH, individually and dba RED TOP MARKET; AMINA R. MISLEH; NAZEEH F. MISLIH, individually and dba RED TOP MARKET; SAUD A. MISLIH; RAVINDER K. BASSI dba RED TOP TRUCK STOP aka RED TOP GAS STATION, | ) MISLIH, individually and dba RED TOP ) MARKET; SAUD A. MISLIH; RAVINDER K. ) BASSI dba RED TOP TRUCK STOP aka RED ) TOP GAS STATION, TO RESPOND TO ) COMPLAINT ) ) |
| Defendants. | ) ) ) |

WHEREAS:

1. Plaintiff JOSE ESCOBEDO filed his complaint in this action on July 29, 2015.

2. This is the second request for an extension of time for REYAD F. MISLEH, individually and dba RED TOP MARKET; AMINA R. MISLEH; NAZEEH F. MISLIH, individually and dba RED TOP MARKET; SAUD A. MISLIH, and RAVINDER K. BASSI dba RED TOP TRUCK STOP aka RED TOP GAS STATION ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have a CASp inspection scheduled within a week, but time is needed for

Escobedo v. Reyad F. Misleh, et al.
Second Stipulation and Order For Extension of Time

1

Case No. 1:  15-cv-01174

completion of a report and for all parties to review the reports before a proposed plan of remediation and settlement can be agreed upon.

5.  The parties agree that settlement of this case would save valuable court time and resources.

6.  The parties have agreed to extend Defendants' time to respond to the complaint until October 13, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7.  This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO through his attorneys, hereby stipulate and agree that the time for REYAD F. MISLEH, individually and dba RED TOP MARKET; AMINA R. MISLEH; NAZEEH F. MISLIH, individually and dba RED TOP MARKET; SAUD A. MISLIH, and RAVINDER K. BASSI dba RED TOP TRUCK STOP aka RED TOP GAS STATION to answer or otherwise respond to the Complaint shall be extended up to and including October 13, 2015, pending court approval.

**IT IS SO STIPULATED.**

MOORE LAW FIRM, PC

Dated:  September 24, 2015            /s/Tanya Moore
                                      Tanya Moore, Attorney for Plaintiff Jose Escobedo


Dated:  September 24, 2015            /s/Bruce A. Neilson
                                      Bruce A. Neilson, Attorney for Defendants
                                      Reyad F. Misleh, Amina R. Misleh, Nazeeh F. Mislih
                                      and Saud A. Mislih, all dba Red Top Market;
                                      Ravinder K. Bassi dba Red Top Truck Stop


IT IS SO ORDERED.

Dated:    **September 28, 2015**        /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

Escobedo v. Reyad F. Misleh, et al.
Second Stipulation and Order For Extension of Time            Case No. 1:  15-cv-01174

2