Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>  vs.<br><br>REYAD F. MISLEH, individually and dba RED TOP MARKET, et al.,<br><br>    Defendants. | No. 1:15-cv-01174-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 27, 2015                         MOORE LAW FIRM, P.C.


                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorney for Plaintiff
                                               Jose Escobedo

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is instructed to close this case.

Dated:   **October 29, 2015**                              /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE